# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-3092**                                              **September Term, 2022**

**1:22-cr-00015-APM-6**
**1:22-cr-00015-APM-7**
**1:22-cr-00015-APM-8**
**1:22-cr-00015-APM-11**

**Filed On: July 18, 2023** [2008481]

United States of America,

      Appellee

    v.

Roberto A. Minuta,

      Appellant

------------------------------
Consolidated with 23-3096, 23-3108,
23-3110, 23-3115, 23-3116, 23-3117,
23-3118

## O R D E R

It is **ORDERED**, on the court's own motion, that case Nos. 23-3115, 23-3116, 23-3117, and 23-3118, be consolidated as cross-appeals with case Nos. 23-3092, et al. It is

**FURTHER ORDERED** that cross-appellant submit a transcript status report by August 2, 2023, and every 15 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a Final Status Report indicating the date the complete transcript was received. All reports must be served on the parties and each reporter.

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

               BY:    /s/
                         Scott H. Atchue
                         Deputy Clerk

The following forms and notices are available on the Court's website:

Transcript Status Report Form